No. 465.   EMINENTE v. JOHNSON ET AL.   C. A. D. C. Cir.   Certiorari denied.   *George T. Altman* for petitioner.   *Solicitor General Marshall* for respondents.

No. 467.   OMICINI v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.   *Alvin M. Cibula* for petitioner.

No. 469.   LAYTON ET AL. v. SELB MANUFACTURING CO. ET AL.   C. A. 8th Cir.   Certiorari denied.   *Jerome J. Duff* for petitioners.   *J. Leonard Schermer* for Selb Manufacturing Co. et al., and *Donald S. Siegel* for International Association of Machinists, District No. 9, respondents.

No. 470.   INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL. v. NATIONAL MEDIATION BOARD ET AL. C. A. D. C. Cir.   Certiorari denied.   *Herbert S. Thatcher* and *David Previant* for petitioners.   *Solicitor General Marshall* for National Mediation Board et al., and *Edward J. Hickey, Jr.,* and *James L. Highsaw, Jr.,* for Brotherhood of Railway & Steamship Clerks, respondents.

No. 471.   MILLER v. UDALL, SECRETARY OF THE INTERIOR.   C. A. D. C. Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *A. Donald Mileur* for respondent.

No. 472.   CHAUFFEURS, TEAMSTERS & HELPERS "GENERAL" LOCAL No. 200 v. NATIONAL LABOR RELATIONS BOARD.   C. A. D. C. Cir.   Certiorari denied.   *David Leo Uelmen* for petitioner.   *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.